TPL:mmp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**00 - 6290** **CR - FERGUSON**

Case No.
_____
18 USC 2113(a)                    **MAGISTRATE JUDGE**
18 USC 2                          **SNOW**


UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALBERT C. ECKARDT,

    Defendant.
_____/

<u>INDICTMENT</u>

The Grand Jury charges that:

  On or about September 12, 2000, at Hallandale, Broward County, in the Southern

District of Florida, the defendant,

     ALBERT C. ECKARDT,

did knowingly, by force, violence and intimidation, take from the person and presence of an

employee of Bank of America, approximately one thousand, six hundred and eleven dollars ($1,611)

in United States currency, belonging to and in the care, custody, control, management, and



possession of Bank of America, a bank whose deposits were then insured by the Federal Deposit

Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a) and 2.

A TRUE BILL

GRAND JURY FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA                CASE NO. _____

v.                                      **CERTIFICATE OF TRIAL ATTORNEY\***

ALBERT C. ECKARDT _____ /          **Superseding Case Information**:

**Court Division**: (Select One)        New Defendant(s)          Yes ____    No ____
                                        Number of New Defendants   ____
___ Miami   ___ Key West                Total number of counts     ____
_X_ FTL     ___ WPB ___ FTP

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:          (Yes or No) NO _____
    List language and/or dialect   _____

4.  This case will take __2__ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                            (Check only one)

    I    0 to 5 days        __X__          Petty        _____
    II   6 to 10 days       _____         Minor        _____
    III  11 to 20 days      _____         Misdem.      _____
    IV   21 to 60 days      _____         Felony       __X__
    V    61 days and over   _____

6.  Has this case been previously filed in this District Court?  (Yes or No)NO
    If yes:
    Judge: _____        Case No. _____
    (Attach copy of dispositive order)                              ____

    Has a complaint been filed in this matter? (Yes or No) ___NO_____
    If yes:
    Magistrate Case No. _____
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _September 12, 2000_____
    Rule 20 from the _____     District of _____

    Is this a potential death penalty case? (Yes or No)_____NO_____

7.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8.  Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

                                        THOMAS P. LANIGAN
                                        ASSISTANT UNITED STATES ATTORNEY
                                        Court Bar No. A5500033

\*Penalty Sheet(s) attached                                    REV.6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name:  __Albert C. Eckardt__    No.: _____

**Counts # I:**  Bank Robbery    18 U.S.C. § 2113(a), 18 U.S.C. § 2

**\*Max Penalty**: Twenty years' imprisonment, three year period of supervised release and

$250,000  fine _____

Count #: _____

_____

\*Max Penalty: _____

Count #: _____

_____

_____

\*Max Penalty: _____

**\*Refers only to possible term of incarceration, does not include possible fines,**
**restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96