AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA

v.

ALBERT C. ECKARDT

**WARRANT FOR ARREST**

CASE NUMBER: OO-6290-CR-Ferguson

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ——— ALBERT C. ECKARDT
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
BANK ROBBERY

in violation of Title ___18___ United States Code, Section(s) ___2113(a)___

CLARENCE MADDOX
Name of Issuing Officer

_signature_
Signature of Issuing Officer

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

10-3-2000   FORT LAUDERDALE, FLORIDA
Date and Location

Bail fixed at $ _____   by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc