**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-6290-CR-FERGUSON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| vs. | |
| **ALBERT CURTIS ECKERT** | |
| Defendant. | |

FILED by D.C.
DEC 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the Southern District of Florida hereby dismisses the Indictment against defendant Albert Curtis Eckert.

GUY A. LEWIS
UNITED STATES ATTORNEY

Leave of court is granted for the filing of the foregoing dismissal.

WILKIE D. FERGUSON
UNITED STATES DISTRICT JUDGE

Date:

cc:  AUSA Thomas P. Lanigan
     U.S. Marshals Service

FORM OBD-113
DEC. 82