AO 442 (Rev. 5/93) Warrant for Arrest    Jim Lovigan, FBI    512032

# United States District Court

**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.

ALBERT C. ECKARDT

## WARRANT FOR ARREST

CASE NUMBER: 00-6290-CR-Ferguson

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **ALBERT C. ECKARDT**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
**BANK ROBBERY**

in violation of Title __18__ United States Code, Section(s) __2113(a)__

CLARENCE MADDOX                              COURT ADMINISTRATOR/CLERK OF THE COURT
Name of Issuing Officer                      Title of Issuing Officer

[signature]                                  10-3-2000   FORT LAUDERDALE, FLORIDA
Signature of Issuing Officer                 Date and Location

Bail fixed at $ _____ by _____
                                        Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____
Return unexecuted per Order For Dismissal dated 12/6/00

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/3/00 | James A. Tassone<br>United States Marshal<br>Southern District of Florida | Edward Purchase, SDUSM |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.